USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/16/10

⬩AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN                     District of                NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ROBERT MOFFAT, JR. | **JUDGMENT IN A CRIMINAL CASE** |

Case Number:          **10 CR. 270 DAB**

USM Number:          **62789-054**

**KENNETH SCHACTER AND KERRY LAWRENCE**
Defendant's Attorney

## THE DEFENDANT:

X  pleaded guilty to count(s)   ONE AND TWO ON 3/29/2010

☐  pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐  was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 371 | CONSP. TO COMMIT SECURITIES FRAUD | OCT. 2008 | 1 |
| 15 USC § 78j(b) & 78ff | SECURITIES FRAUD | SEPT. 2008 | 2 |

The defendant is sentenced as provided in pages   2-6   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

Count(s) _____  ☐ is          ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

SEPTEMBER 13, 2010
Date of Imposition of Judgment

*Deborah A. Batts*
Signature of Judge

DEBORAH A. BATTS, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

September 16, 2010
Date

DEFENDANT:         ROBERT MOFFAT, JR.
CASE NUMBER:       10 CR 270 DAB

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

## SIX MONTHS.

## The Defendant is notified of his right to appeal.

X     **The court makes the following recommendations to the Bureau of Prisons:**
      **That the Defendant be designated to Otisville, N.Y.**

The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐     at _____ ☐ a.m. ☐ p.m.     on _____ .

☐     as notified by the United States Marshal.

X     **The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:**

    X     on          NOVEMBER 5, 2010.          (Per attached memo endorsed Order dated Sept. 14, 2010.)

    ☐     as notified by the United States Marshal.

    ☐     as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____     to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

| | Judgment—Page | 3 | of | 6 |

**DEFENDANT:**      ROBERT MOFFAT, JR.
**CASE NUMBER:**   10 CR 270 DAB

## SUPERVISED RELEASE

## TWO YEARS.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if

☐    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or student, as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment—Page ___4___ of ___6___

DEFENDANT:        ROBERT MOFFAT, JR.
CASE NUMBER:      10 CR 270 DAB

## SPECIAL CONDITIONS OF SUPERVISION

1. The Defendant shall pay a special assessment of $200 within 60 days of release from imprisonment.

2. The Defendant shall pay a fine of $50,000.00, with interest, within 12 months from release from imprisonment.

AO 245B     (Rev. 06/05) Judgment in a Criminal Case
            Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___5___ of _6____

DEFENDANT:          ROBERT MOFFAT, JR.
CASE NUMBER:        10 CR 270 DAB

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $  200.00 | $  50,000.00 | $  NO RESTITUTION |

☐ The determination of restitution is deferred _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| TOTALS | $ _____ 0 | $ _____ 0 | |

☐ Restitution amount ordered pursuant to plea agreement _____

X The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for    ☐ fine   ☐ restitution.

☐ the interest requirement for    ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev. 06/05) Judgment in a Criminal Case
            Sheet 6 — Schedule of Payments

Judgment — Page __6__ of __6__

DEFENDANT:        ROBERT MOFFAT, JR.
CASE NUMBER:      10 CR 270 DAB

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☐  Lump sum payment of $_____ due immediately, balance due

       ☐  not later than _____ , or
       ☐  in accordance    ☐ C,   ☐ D,   ☐  E, or  ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,    ☐ D, or    ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
       _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
       _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
       term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
       imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  X  Special instructions regarding the payment of criminal monetary penalties:

       **The Defendant shall pay a special assessment of $200 within 60 days of release from imprisonment.**

       **The Defendant shall pay a fine of $50,000.00, with interest, within 12 months from release from imprisonment.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several
    and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/16/10

BRICCETTI, CALHOUN & LAWRENCE
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 450
WHITE PLAINS, NEW YORK 10601

VINCENT L. BRICCETTI*
CLINTON W. CALHOUN, III**
KERRY A. LAWRENCE*

*ALSO ADMITTED IN CT
**ALSO ADMITTED IN VA & DC

(914) 946-5900

FAX (914) 946-5906

September 14, 2010

**Via Fax (212) 805-7902**
Hon. Deborah A. Batts
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 2510
New York, New York   10007-1312

>       Re:     United States v. Robert Moffat, Jr.
>               10 Cr. 270 (DAB)

Dear Judge Batts:

I am writing to request that the surrender date set by the Court at yesterday's sentencing of Mr. Moffat be accelerated to November 5, 2010.

Mr. Moffat, his family and counsel greatly appreciate the Court's consideration yesterday in setting a surrender date that would permit Mr. Moffat to both spend the holidays with his family and attend his son's college graduation in May, 2011. Mr. Moffat has discussed this matter with his family and they collectively feel that the pendency of a prison sentence creates substantially more stress than the benefit of spending the holidays together. The Moffats believe strongly that the entire family would be better off if Mr. Moffat were able to complete serving his sentence and be home in time for graduation.

I have talked with the designation unit at the Bureau of Prisons in Texas and am told that if the Court sets the above-requested surrender date of November 5, 2010 there is no anticipated problem in having Mr. Moffat's designation by that date.

MEMO ENDORSED.
Granted
DAB
9/14/10

Hon. Deborah A. Batts, U.S.D.J.
September 14, 2010
Page 2

I have also discussed this matter with Special Assistant United States Attorney Andrew Michaelson and he consents to the request for an earlier surrender date for Mr. Moffat.

Mr. Moffat and counsel greatly appreciate the Court's consideration in this matter.

Respectfully submitted,

Kerry A. Lawrence

cc:   AUSA Andrew Michaelson (via email)

SO ORDERED

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

Sept 16, 2010